S. Binyomin **GINSBERG, Rabbi, an individual and on behalf of all others similarly situated, Plaintiff–Appellant,**

v.

**NORTHWEST, INC., a Minnesota corporation and a wholly-owned subsidiary of Delta Air Lines, Inc.; Delta Air Lines, Inc., a Delaware corporation, Defendants–Appellees.**

No. 09–56986.

United States Court of Appeals, Ninth Circuit.

June 12, 2014.

Harold M. Hewell, Hewell Law Firm, San Diego, CA, Thatcher A. Stone, Esquire, Thatcher A. Stone Esq., New York, N.Y., for Plaintiff–Appellant.

Christopher G. Kelly, Judith R. Nemsick, Esquire, Holland & Knight, LLP, New York, N.Y., Richard Thomas

Williams, Holland & Knight, LLP, Los Angeles, CA, for Defendants–Appellees.

Before: MARY M. SCHROEDER and STEPHEN S. TROTT, Circuit Judges.

### ORDER

In accordance with the Supreme Court's opinion of April 2, 2014, as well as the resulting judgment, the district court's dismissal of Appellant's claim is **AFFIRMED.**